IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

*********

| | |
|---|---|
| in RE: ) | |
| ) | |
| M. JULIA HOOK ) | |
| DAVID L. SMITH, ) | |
| ) | |
| Debtors, ) | Civil No. 07-cv-02372 |
| ) | |
| M. JULIA HOOK ) | **ORDER** |
| DAVID L. SMITH, ) | |
| ) | |
| Plaintiffs/Appellants, ) | |
| ) | |
| vs. ) | |
| ) | |
| M. MICHAEL COOKE and, ) | |
| THE COLORADO DEPARTMENT OF ) | |
| REVENUE, ) | |
| ) | |
| Defendants/Appellees. ) | |

*********

After hearing argument on appeal in this adversary matter, the court took the matter under advisement. Plaintiff/Appellant Smith has pending before the Bankruptcy Appellate Panel (in contrast to the District Court) his appeal from an order of dismissal of his Chapter 11 case in which this adversary matter arose. See David Smith v. Colorado Dept. Of Revenue, et al., BAP No. CO-07-106 (argued May 16, 2008).

The action of the Bankruptcy Appellate Panel may or may not impact the outcome of this case.

The court has elected to await the Bankruptcy Appellate Panel's decision prior to issuing an opinion in this case.

**SO ORDERED.**

DATED this 25 day of June, 2008.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge